Stuart E. Cohen, Esq. (SBN 213810)
stuart@stuartecohen.com
**LAW OFFICE OF STUART E. COHEN**
23801 Calabasas Road, Suite 100
Calabasas, CA 91302
Telephone: (818) 251-0232
Facsimile: (818) 230-0463

Attorney for Plaintiff
C&R MEDICAL, INC.

Juan C. Basombrio (SBN 150703)
basombrio.juan@dorsey.com
Faisal M. Zubairi (SBN 244233)
zubairi.faisal@dorsey.com
DORSEY & WHITNEY LLP
38 Technology Drive, Suite 100
Irvine, California 92618-5310
Telephone: (949) 932-3600
Facsimile: (949) 932-3601

Attorneys for Defendant
MAYO COLLABORATIVE SERVICES, INC.

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| C&R MEDICAL, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MAYO CLINIC, a Minnesota corporation; and DOES 1 through 5, Inclusive,<br><br>　　　　　Defendants. | **Case No. CV09-01699 PA (PLAx)**<br><br>**ORDER RE: DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br><br>Trial Date:　　November 3, 2009 |

///

1

**ORDER DISMISSING ACTION WITH PREJUDICE**
**CV09-01699 PA (PLAx)**

For good cause appearing and upon consideration of the Stipulation for Dismissal of the Entire Action With Prejudice signed by counsel,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice, and each party is to bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated:  September 5, 2009

_____
Honorable Percy Anderson
United States District Court Judge